United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 21-01072-JAF |
| Eduardo Garcia | Chapter 7 |
| Vanessa Garcia | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: cahyen | Page 1 of 2 |
| Date Rcvd: May 03, 2021 | Form ID: 309A | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eduardo Garcia, Vanessa Garcia, 12708 Bentwater Dr, Jacksonville, FL 32246-1336 |
| tr | + | Alexander G. Smith, 2601 University Blvd., West, Jacksonville, FL 32217-2112 |
| 29500762 | + | Choice Recovery, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 29500767 | + | GTE financial, PO Box 172599, Tampa, FL 33672-0599 |
| 29500768 | + | Luis Pantoja, 101 Springmoor Way, Ponte Vedra Beach, FL 32082-2634 |
| 29500769 | + | mayo clinic, 200 first street sw, rochester, MN 55905-0002 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dufresne@jaxlawcenter.com | May 03 2021 23:40:00 | Donald M. DuFresne, Parker & DuFresne, 8777 San Jose Boulevard Suite 301, Jacksonville, FL 32217 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | May 03 2021 23:41:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 29500757 | + | EDI: AMEREXPR.COM | May 04 2021 01:18:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29500759 | | EDI: BANKAMER.COM | May 04 2021 01:18:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 29500758 | + | EDI: BANKAMER.COM | May 04 2021 01:18:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 29500760 | + | EDI: CAPITALONE.COM | May 04 2021 01:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29500763 | + | EDI: CITICORP.COM | May 04 2021 01:18:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29500764 | + | Email/Text: bknotifications@c1cufl.org | May 03 2021 23:40:00 | Community First Credit Union, Attn: Bankruptcy, Po Box 2600, Jacksonville, FL 32232-0077 |
| 29500765 | + | EDI: CRFRSTNA.COM | May 04 2021 01:18:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 29500755 | + | Email/Text: taxdept@coj.net | May 03 2021 23:43:00 | Duval County Tax Collector, 231 Forsyth St. #130, Jacksonville FL 32202-3380 |
| 29500756 | | EDI: FLDEPREV.COM | May 04 2021 01:13:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 29500766 | | EDI: IRS.COM | May 04 2021 01:18:00 | Department of the Treasury, Internal Revenue Service, austin, TX 73301-0002 |
| 29500761 | | EDI: JPMORGANCHASE | May 04 2021 01:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box |

| District/off: 113A-3 | User: cahyen | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 309A | Total Noticed: 20 |

| | | | 15298, Wilmington, DE 19850 |
|---|---|---|---|
| 29500770 | + EDI: RMSC.COM | May 04 2021 01:18:00 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander G. Smith | alex@agsmithtrustee.com  FL52@ecfcbis.com |
| Donald M. DuFresne | on behalf of Debtor Eduardo Garcia dufresne@jaxlawcenter.com bankruptcy.paralegals@jaxlawcenter.com;parkerdufresne1@gmail.com;parker@jaxlawcenter.com;r42046@notify.bestcase.com;dvanschoor@jaxlawcenter.com;ggilbert@jaxlawcenter.com;ssartor@jaxlawcenter.com |
| Donald M. DuFresne | on behalf of Joint Debtor Vanessa Garcia dufresne@jaxlawcenter.com bankruptcy.paralegals@jaxlawcenter.com;parkerdufresne1@gmail.com;parker@jaxlawcenter.com;r42046@notify.bestcase.com;dvanschoor@jaxlawcenter.com;ggilbert@jaxlawcenter.com;ssartor@jaxlawcenter.com |
| United States Trustee - JAX 13/7 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Eduardo Garcia** | Social Security number or ITIN  **xxx–xx–3629** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Vanessa Garcia** | Social Security number or ITIN  **xxx–xx–8622** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter  **7**   **4/30/21** |
| Case number:   **3:21–bk–01072–JAF** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Eduardo Garcia | Vanessa Garcia |
| 2. | **All other names used in the last 8 years** | | aka Vanessa Santos |
| 3. | **Address** | 12708 Bentwater Dr<br>Jacksonville, FL 32246 | 12708 Bentwater Dr<br>Jacksonville, FL 32246 |
| 4. | **Debtor's attorney**<br>Name and address | Donald M. DuFresne<br>Parker & DuFresne<br>8777 San Jose Boulevard Suite 301<br>Jacksonville, FL 32217 | Contact phone 904–733–7766<br><br>Email:  dufresne@jaxlawcenter.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Alexander G. Smith<br>2601 University Blvd., West<br>Jacksonville, FL 32217 | Contact phone 904–733–3822 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 North Hogan Street Suite 3–150  Jacksonville, FL 32202 | Hours open:  Monday – Friday 8:30 AM – 4:00PM  Contact phone 904–301–6490  Date: May 3, 2021 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **June 4, 2021 at 10:20 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically**  Trustee: Alexander G. Smith  Call in number: 877–990–1869  Passcode: 8302226 |
| | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | | |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** **August 3, 2021** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |